#### *GRAHAM* vs. *FORKER & ELAN.*

ONE of the defendants having left the territory upwards of one year, and the process being left at the house in which he last dwelt, there being no white person in the family :

Leaving petition at a defendant's house, no white person being there is bad.

SPRING 1811.
II. District.

PORCHE'S
HEIRS
vs.
POYDRAS.

*The Court*, MARTIN, *J. alone*, held the ser-
vice was bad.

*Butler* for the plaintiff, *Turner* for the defen-
dants.